429 A.2d 108

Lucas etc., Appellants, v. Evans et al.

636

Argued November 14, 1979. Scott E. Henderson, for appellants; Joseph M. George, for Evans, appellee; Philip T. Warman, for William Sayre et al., appellees.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Affirmed.